**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATOPATENT LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:26-cv-00804-RWS |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| SHOPIFY INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff Stratopatent LLC ("Stratopatent" or "Plaintiff") files this Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) ("Notice").

This Notice is being filed before the opposing party, Defendant Shopify Inc. ("Shopify"), has served either an answer or a motion for summary judgment. Stratopatent has not previously dismissed any federal- or state-court action based on or including the same claim. Accordingly, by this Notice, all claims and causes of action asserted by Plaintiff against Shopify in the above-captioned case are HEREBY DISMISSED WITHOUT PREJUDICE.

Dated: October 9, 2026

Respectfully submitted,

/s/ *Terry A. Saad*
Terry A. Saad (lead attorney)
Texas Bar No. 24066015
E-Mail: tsaad@bosfirm.com
Jeffrey R. Bragalone
Texas Bar No. 02855775
E-mail: jbragalone@bosfirm.com
Marcus Benavides
Texas Bar No. 24035574
E-mail: mbenavides@bosfirm.com
Brandon V. Zuniga
Texas Bar No. 24088720
E-mail: bzuniga@bosfirm.com
Mark M.R. Douglass
Texas Bar No. 24131184
E-mail: mdouglass@bosfirm.com
**BRAGALONE OLEJKO SAAD PC**
901 Main Street
Suite 3800
Dallas, Texas 75202
Telephone: (214) 785-6670
Facsimile: (214) 785-6680

**ATTORNEYS FOR PLAINTIFF STRATOPATENT LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically pursuant to Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on October 9, 2026.

*/s/ Brandon V. Zuniga*
Brandon V. Zuniga