**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| STRATOPATENT LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00804-RWS |
| | § | |
| SHOPIFY INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff Stratopatent LLC's Notice of Voluntary Dismissal without Prejudice. Docket No. 12. Defendant has not yet answered the complaint or moved for summary judgment. *Id.* After review, the notice (Docket No. 12) is **ACCEPTED**. Accordingly, it is

**ORDERED** that Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own costs and expenses.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 19th day of October, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE